1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  EQUAL EMPLOYMENT OPPORTUNITY
10  COMMISSION,

11                         Plaintiff,

12          v.

13  TARGET MARKET ENTERPRISES, INC.
14  D/B/A LITTLE CAESARS PIZZA,

15

16                         Defendant.

NO. 2:25-cv-1890

**ORDER GRANTING MOTION
FOR STAY AND EXTENSION**

17

18          Upon Motion and good cause appearing,

19          **IT IS HEREBY ORDERED** that due to a lapse in appropriations for the EEOC at

20  midnight on September 30, 2025, the litigation of this matter shall be **STAYED** until the EEOC's

21  funding is restored and all pending deadlines in this matter will be extended for the same number

22  of days as the EEOC's lapse in funding.

23          DATED this 7th day of October, 2025.

24

25

26  _____
    THE HONORABLE JAMAL N. WHITEHEAD

27

EEOC v. TARGET MARKET ENTERPRISES, INC.,
D/B/A LITTLE CAESARS PIZZA
No. 2:25-cv-1890
[PROPOSED] ORDER GRANTING MOTION FOR STAY
AND EXTENSION - 1

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WA 98104
TEL. (206) 576-3027

1    Presented by:

2    BY: _/s/ Damien Lee_____

3    DAMIEN LEE
     Assistant Regional Attorney

4    Seattle Field Office
     909 1st Avenue, Suite 400

5    Seattle, Washington 98104-1061

6    Telephone (206) 576-3038
     Facsimile (206) 220-6196

7    damien.lee@eeoc.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

EEOC v. TARGET MARKET ENTERPRISES, INC.,
D/B/A LITTLE CAESARS PIZZA
No. 2:25-cv-1890
[PROPOSED] ORDER GRANTING MOTION FOR STAY
AND EXTENSION - 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WA 98104
TEL. (206) 576-3027