THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TARGET MARKET ENTERPRISES, INC. D/B/A LITTLE CAESARS PIZZA,<br><br>Defendant. | NO. 2:25-cv-1890-JNW<br><br>**ORDER GRANTING MOTION TO LIFT STAY** |

Upon Motion and good cause appearing,

**IT IS HEREBY ORDERED** that due to the restored appropriations funding federal operations beginning on November 13, 2025, the stay entered on October 7, 2025, is hereby LIFTED. Defendant shall file and serve an answer or a motion under Rule 12 no later than February 2, 2026.

//

//

//

//

//

EEOC v. TARGET MARKET ENTERPRISES, INC., D/B/A LITTLE CAESARS PIZZA
No. 2:25-cv-1890-JNW
ORDER GRANTING MOTION TO LIFT STAY - 1

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WA 98104
TEL. (206) 576-3027

1    DATED this 3rd day of December, 2025.

*[signature]*

Jamal N. Whitehead
United States District Judge

EEOC V. TARGET MARKET ENTERPRISES, INC., D/B/A LITTLE CAESARS PIZZA
NO. 2:25-CV-1890-JNW
ORDER GRANTING MOTION TO LIFT STAY - 2

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 FIRST AVE., SUITE 400
SEATTLE, WA 98104
TEL. (206) 576-3027